# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

MARTHA ALISIA MENDEZ,  ) CASE NO.: **EDCV 10-0377 CW**
          Plaintiff, ) ORDER AWARDING
          v. ) EAJA FEES
MICHAEL J. ASTRUE, )
Commissioner of Social Security, )
          Defendant. )
_____ )

    Based upon the parties' Stipulation for Award and Payment of Equal Access to Justice Act (EAJA) Fees ("Stipulation"),

    **IT IS ORDERED** that Plaintiff shall be awarded attorney fees under the Equal Access to Justice Act, ("EAJA") in the amount of TWO THOUSAND THREE HUNDRED SEVENTY-NINE DOLLARS and no/cents ($2,379.00), as authorized by 28 U.S.C. § 2412 (d), and subject to the terms and conditions of the Stipulation.

DATED:    June 15, 2011



UNITED STATES MAGISTRATE JUDGE

1